**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **In Re:** | **Pamela Heard-Johnson** | : | **Chapter 13 Case No. 14-16608** |
| | | : | |
| | **Debtor** | : | **Judge Morgenstern-Clarren** |
| | | : | |
| | | : | |
| | | : | **APPLICATION FOR FEES** |
| | | : | |

Now comes Renee Heller, attorney for debtor, and hereby submits the attached fee bill

for services rendered in accordance with the Rights and Responsibilities filed herein.

Debtor's consent is also attached.

> /s/ Renee Heller
> Renee Heller (0062894)
> Attorney for Debtors
> 14077 Cedar Road, Suite 101
> Cleveland, OH 44118
> 216 691-0404; 216 291-2907 (fax)
> rhlegal@aol.com

**CERTIFICATE OF SERVICE**

I certify that on the 25th day of march, 2015, copies of this Application were served by ordinary U.S. mail or electronically to the persons listed below:

Craig Shopneck, Trustee, ch13shopneck@ch13cleve.com

Pamela Heard-Johnson, debtor, 103 Greenbriar Court Cleveland, OH 44143

Ally Financial, PO Box 380901, Minneapolis, MN 55438

Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899

Chase/Bank One, PO Box 15298, Wilmington, DE 19850

City of Euclid, 585 E. 22nd, Euclid, OH 44132

DSNB/Macy's, PO Box 8218, Mason, OH 45040

Enhanced Recovery Corporation, 8014 Bayberry Road, Jacksonville, FL 32256-7412

Fidelity Collections, PO Box 2055, Alliance, OH 44601-0055

First Federal Credit Control, 24700 Chagrin Blvd., Ste. 205, Beachwood, OH 44122-5630

GECRB/Dillards, PO Box 965024, Orlando, FL 32896

GECRB/JC Penney, PO Box 965007, Orlando, FL 32896-5007

GECRB/Walmart, PO Box 965024, Orlando, FL 32896-5024

Household Finance, PO Box 1547, Chesapeake, VA 23327-1058

New York & Company, PO Box 659728, San Antonio, TX 78265-9728

OneMain Financial, PO Box 183172, Columbus, OH 43218-3172

Tiffany Hurt, 26950 Oriole, Euclid, OH 44132

/s/ Renee Heller
Renee Heller
Attorney for Debtor